# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# GREAT FALLS DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>Plaintiff,<br><br>vs.<br><br>**JANAE NICHOLE HARPER,**<br><br>Defendant. | **CR 20-65-GF-BMM**<br><br><br><br>**AMENDED FINAL ORDER OF FORFEITURE** |

THIS MATTER comes before the Court on the United States' Unopposed Motion for an Amended Final Order of Forfeiture. The Court having read the Motion, reviewed the record, and being fully advised in the matter, FINDS:

THAT the defendant's previous plea and this Court's previous preliminary order of forfeiture provide a factual basis and cause to issue this Final Order of Forfeiture, pursuant to 18 U.S.C. § 981(a)(1)(C) and to 28 U.S.C. § 2461(c).

THAT Rule 32.2(c)(1) provides that "no ancillary proceeding is required to the extent that the forfeiture consists of a money judgment."

THEREFORE, IT IS ORDERED:

THAT the defendant's interest in the following property is forfeited to the United States in accordance with 18 U.S.C. § 981(a)(1)(C) and to 28 U.S.C. § 2461(c): a personal money judgment in the amount of $94,395.00 in United States Currency.

IT IS FURTHER ORDERED that the United States District Court shall retain jurisdiction in the case for the purpose of enforcing this Order.

IT IS FURTHER ORDERED that pursuant to Rule 32.2(b)(3), this Order of Forfeiture shall be made part of the sentence, having been entered orally during the sentencing hearing on July 29, 2021, and included in this Court's written judgment. Doc. 52.

IT IS FURTHER ORDERED that the United States may, at any time, move pursuant to Rule 32.2(e) to amend this Order of Forfeiture to substitute property having a value not to exceed $94,395.00 to satisfy the specific money judgments in whole or in part.

DATED this 14th day of October 2021.

_____
Brian Morris, Chief District Judge
United States District Court